UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS ANTHONY WITCHEY, <u>ET AL.</u>, | : : : | CIVIL ACTION NO. 3:16-CV-2312 |
| Plaintiffs | : : | (Judge Nealon) |
| v. | : : | |
| FIRST GOLD BUYERS, INC. d/b/a SIGNATURE FUNDING, | : : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 1ST DAY OF MAY, 2017,** upon consideration of the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' motion to remand this action to state court, (Doc. 3), is **DENIED**.

2. The stay entered in this action, (Doc. 8), is **LIFTED**.

3. Plaintiffs shall file a brief in opposition to Defendant's motion to dismiss and brief in support, (Docs. 2, 5), on or before **May 15, 2017**. Defendant may file a reply to Plaintiffs' brief in opposition, if any, in accordance with the Federal Rules of Civil Procedure and Local Rules.

/s/ William J. Nealon
**United States District Judge**