## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

LOUIS ANTHONY WITCHEY,    :
DANA LEE WITCHEY,    :
WITCHEY    :
ENTERPRISES, INC., and    :    CIVIL ACTION NO. 3:16-2312
LDW CORP.    :      (MANNION, D.J.)
   :
       Plaintiffs    :
   :
      v.    :
   :
FIRST GOLD BUYERS, INC.    :
d/b/a SIGNATURE FUNDING    :
   :
      Defendant    :

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiffs' motion to remand, (Doc. 3), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 28, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2312-01-Order.docx