UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS ANTHONY WITCHEY, DANA LEE WITCHEY, WITCHEY ENTERPRISES, INC., and LDW CORP. | : : : : : : | CIVIL ACTION NO. 3:16-2312 (MANNION, D.J.) |
| Plaintiffs | : : | |
| v. | : : | |
| FIRST GOLD BUYERS, INC. d/b/a SIGNATURE FUNDING | : : : | |
| Defendant | : | |

# ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Eastern District of New York; and

**(2)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Date: September 28, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2312-02-Order.docx